IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

EUGENE ISSAC PITTS,
ADC #73537                                                              PETITIONER

v.                                  No. 5:15-cv-354-DPM

WENDY KELLEY, Director,
Arkansas Department of Correction                          RESPONDENT

## ORDER

Motion and supplemental motion to withdraw, № 52 & 54, granted. John Wesley Hall is relieved as counsel in this case. Pitts's motion to proceed *pro se*, № 53, is granted. His embedded motion for more time to file a *pro se* response is also granted. Any *pro se* response to Kelley's pending motion to lift the stay is due by 18 September 2017.

So Ordered.

*WPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

18 August 2017