# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

EUGENE ISSAC PITTS,
ADC #73537                                                              PETITIONER

v.                          No. 5:15-cv-354-DPM

WENDY KELLEY, Director,
Arkansas Department of Correction                                       RESPONDENT

## ORDER

The Court directs the Clerk to administratively terminate this case effective 21 September 2017 — the date the Court adopted Magistrate Judge Kearney's stay recommendation. This is a housekeeping matter that the Court intended to handle when it entered its Order. It has no impact on either party's ability to reopen the case when the state proceedings end.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

23 February 2018