# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

EUGENE ISSAC PITTS,
ADC #73537                                                              PETITIONER

v.                              No. 5:15-cv-354-DPM

DEXTER PAYNE, Director,
Arkansas Division of Correction                                         RESPONDENT

## JUDGMENT

Pitts's petition is dismissed with prejudice.

*D.P. Marshall Jr.*
United States District Judge

16 November 2021