# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

EUGENE ISSAC PITTS,
ADC #73537                                                        PETITIONER

v.                                  No. 5:15-cv-354-DPM

DEXTER PAYNE, Director,
Arkansas Division of Correction                    RESPONDENT

## ORDER

1.      Before the Court is Pitts's motion to amend, which the Court treats as one made under Federal Rules of Civil Procedure 59(e). *BBCA, Inc. v. United States*, 954 F.2d 1429, 1432 (8th Cir. 1992). This Court has jurisdiction even though Pitts subsequently filed a notice of appeal. FED. R. APP. P. 4(a)(4); 11 Charles Alan Wright, Arthur R. Miller & Mary Kay Kane, *Federal Practice and Procedure* § 2821 (3d ed. 2022). His motion to correct or clarify the record, *Doc. 82*, is denied as moot.

2.      The Court stands by its conclusions in the final Order and Judgment, *Doc. 75 & 76*. Pitts repeats the same arguments that this Court has considered and rejected. He may raise those issues with the Court of Appeals. *Doc. 75 at 5*. The motion to amend, *Doc. 77*, is denied.

-2-

So Ordered.

_NPMMarshall Jr._
D.P. Marshall Jr.
United States District Judge

_28 June 2022_