IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

EUGENE ISSAC PITTS,
ADC #73537                                                                    PETITIONER

v.                              No. 5:15-cv-354-DPM

DEXTER PAYNE, Director,
Arkansas Division of Correction                                 RESPONDENT

## ORDER

Pitts's lawyer's motion, *Doc. 89*, is granted. The Court directs the Arkansas State Registrar of Vital Records and the Arkansas Department of Health to produce to Jeremey B. Lowrey a certified copy of Eugene Issac Pitts's death certificate. ARK. CODE ANN. § 20-18-305(4)(F).

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

7 December 2022